# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

October 8, 2021

Clerk
State Court of Cobb County
12 E Park Square
Marietta, GA 30090

   **RE:**  Nausheebah Kazmi v. Publix Super Markets, Inc.
      Your Case Number:  21-A-3285

Dear Clerk:

  Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

         Sincerely,

         Kevin P. Weimer
         District Court Executive
         and Clerk of Court


       By: s/ s/D. Burkhalter
          Deputy Clerk

Enclosure